IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE J. HUDSON,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5317

Opinion filed December 22, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Willie J. Hudson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DISMISSED.  See Fla. R. App. P. 9.141(c)(5)(A).

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.